To:   Clerk of the Court
      United States District Court
      400 Cooper Street / Room 1050
      Camden, NJ 08102-1570

                                                        August 1, 2022

From: Jon J. Lackner
      Reg. No. 64563-066
      FCI Fort Dix
      P.O. Box 2000
      Joint Base MDL, NJ 08640

                                        RECEIVED
                                        AUG - 5 2022

                                        AT 8:30
                                        WILLIAM T. WALSH   M
                                        CLERK

Re:   Discrepancy of the Court in the
      Handling of Two Identical Letters

Dear Sir / Madam:

Being a pro-se litigant in prison, I communicate with other inmates. We all
help each other out on legal matters to the best of our ability. As such,
Vergel Oliver Mafiles and myself sent the exact same letter to the Court,
excepting our different identities. (Enclosed are copies of both of our
letters)

Mr. Mafiles was granted a Case Number: 1:22-cv-04720-RNB-AMB with the Docket
Text: "Letter Complaint Received", whereas I was sent my original letter back
with a time stamp, along with a blank Bivens form for prisoners (a gentle hint
that my complaint contains both FTCA and Bivens allegations).

It is my understanding that by virtue of the Court's action, Mr. Mafiles has
been recognized as having met the 6 month deadline to bring action against the
United States, whereas I have not been granted such recognition.   I
respectfully request that I too be granted the same standing.

In addition, I request an abeyance on the filing of a full (amended?)
complaint until such time as the Court rules on the class certification
referred to in my original letter of July 8, 2022. Should the Court decline
to grant class status, I would ask for a reasonable amount of time
-determined by the Court, whereupon I can prepare and submit a full (amended?)
complaint   A short notation explicitly confirming this would be most welcome,
since I am not an expert on understanding the full implications of
standardized court documents.

As an aside, I have begun the process of exhausting administrative remedy
within this institution as regards to the Bivens action. Thank you for the
nudge.

                                        Respectfully,

Date: _August 1, 2022_                  _Jon Lackner_
                                        Jon Lackner

                        1 of 1

To:    Clerk of the Court
       United States District Court
       400 Cooper Street
       Room 1050
       Camden, NJ 08102-1570

From:  Vergel Oliver Mafiles
       Reg. No. 27687-018
       FCI Fort Dix
       P.O. Box 2000
       Joint Base MDL, NJ 08640



Re:    Administrative Tort Claim Against the U.S. Federal Bureau of Prisons
       Regarding Their COVID-19 Response

Dear Sir/Madam,

I have filed an Administrative Tort Claim (No. TRT-NER-2021-06860) with the U.S. Federal Bureau of Prisons over their negligent and deliberately indifferent actions which were the direct cause of my contracting the Coronavirus.

That claim was rejected by them, and they sent me a letter (a copy of which is enclosed) informing me that I have 6 months from that date (February 22, 2022) to bring action against the United States in District Court.

I fully intend to pursue this issue, but I understand that this case is likely at the precipice of becoming a class-action suit. I have therefore put off procuring personal legal representation pending that outcome.

The Court has been briefed about the need for, and requested to grant class-action certification in

       Thieme et al. v. U.S. et al.
       Case No. 1:21-cv-00682

This being the situation, it is understandable that my engaging representation and putting that machinery into motion - only to shut it down with class-certification would be both costly and wasteful.

At this point I am pro-se, so I do not know the exact procedures which are required. But I am notifying the Court of my intentions so that I will not be time-barred from filing independent action.

If there is any other procedure the Court wishes me to follow on this matter, please contact me at the above address.

                                        Sincerely,



Jon Lackner
Reg. No. 64563-066
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

**CERTIFIED MAIL**

7019 1120 0000 1263 9264

Clerk of the Court
United States District Court
400 Cooper Street
Room 1050
Camden, NJ 08102-1570

U.S. POSTAGE PAID
FCM LETTER
JOINT BASE MDL, NJ
08640
AUG 02 22
AMOUNT

**$0.00**
R2303S101087-07

1000    08102

RECEIVED

AUG - 5 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK